**Michael W. DRACOULES, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1995.
Decided Feb. 14, 1995.

J. Richard Gray and Douglas H. Cody, Lancaster, for Michael W. Dracoules.

Timothy P. Wile, John L. Heaton, Harrisburg and Harold H. Cramer, Philadelphia, for PennDOT.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., dissents and would reach the merits of the case.

MONTEMURO, J., is sitting by designation.